UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Dwight Brandon,<br><br>  Plaintiff,<br><br>vs.<br><br>Ashford University,<br><br>  Defendants. | 2:08-cv-1624-RLH-RJJ<br><br>**DISMISSAL BY COURT FOR WANT OF PROSECUTION** |

It appearing to the Court that this action has been pending in this Court for more than (9) MONTHS without any proceeding having been taken therein during such period; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action is hereby dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

DATED: January 27, 2011

_____
ROGER L. HUNT
Chief United States District Judge